**ENDO PHARMACEUTICALS INC., Plaintiff–Appellant,**

v.

**MYLAN PHARMACEUTICALS INC. and Mylan Inc., Defendants–Appellees.**

No. 2014–1422.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2014.

Jeffrey I.D. Lewis, Patterson Belknap Webb & Tyler LLP, argued for plaintiff-appellant. With him on the brief were Jason R. Vitullo, Helen P. O'Reilly and Susan Millenky.

Michael S. Sommer, Wilson Sonsini Goodrich & Rosati PC, of New York, NY, argued for defendants-appellees. On the brief were Nicole W. Stafford, of Austin, TX, and Douglas Carsten, of San Diego, CA.

O'MALLEY, CLEVENGER, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**